# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-42** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **XIU CHENG ZHENG** | : | |

## ORDER

AND NOW, this 10th day of October, 2017, upon consideration of the Defendant's Motion (Doc. 279) to Temporarily Reside in New York and for Removal of Electronic Monitoring, it is the finding of this Court that:

1. On February 24, 2016, an Indictment was returned charging Xiu Cheng Zheng with Attempt and Conspiracy to Commit Mail Fraud in violation of Title 18 USC 1349, Frauds and Swindles in violation of Title 18 USC 1341 and Conspiracy to Defraud the United States in violation of Title 18 USC 371.

2. Defendant has been supervised by Pretrial Services and has been on electronic monitoring since October 25, 2016.

3. Defendant has had no infractions while on electronic monitoring.

4. Defendant has business to attend to in New York and will reside at 133-38 Sanford Avenue, 15E, Flushing NY 11355

5. Counsel for defendant has discussed this request with Assistant United States Attorney, William A. Behe who has no objection to the defendant temporarily residing in New York and no objection to the removal of electronic monitoring.

WHEREFORE, it is hereby ORDERED that Defendant is permitted to temporarily reside in New York and it is further ORDERED that removal of electronic monitoring is hereby GRANTED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania